THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONI M. TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　Defendant. | CASE NO. C15-5344-JCC<br><br>ORDER GRANTING ATTORNEY FEES |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 25). Finding good cause, Plaintiff's motion is GRANTED. Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Plaintiff is awarded the gross amount of $10,000 in attorney fees. This amount must be reduced by $6,440.84 previously awarded to Plaintiff under EAJA (Dkt. No. 24), leaving a net amount of $3,559.16. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award shall be made to Francisco Rodriguez, Attorney at Law, and mailed to him at P.O. Box 31844, Seattle, WA, 98103.

//

//

//

DATED this 11th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING ATTORNEY FEES
C15-5344-JCC
PAGE - 2