THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONI M. TORRES,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>          Defendant. | CASE NO. C15-5344-JCC<br><br>AMENDED ORDER GRANTING ATTORNEY FEES |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 25). Finding good cause, Plaintiff's motion is GRANTED. Pursuant to 42 U.S.C. § 406(b), Plaintiff is awarded the gross amount of $10,000 in attorney fees. This amount must be reduced by $6,440.84 previously awarded to Plaintiff under the Equal Access to Justice Act (Dkt. No. 24), leaving a net amount of $3,559.16, minus any processing fees allowed by statute. Payment of the award shall be made to Francisco Rodriguez, Attorney at Law, and mailed to him at P.O. Box 31844, Seattle, WA, 98103.

//

//

//

//

//

AMENDED ORDER GRANTING ATTORNEY
FEES
C15-5344-JCC
PAGE - 1

1       DATED this 12th day of January 2018.

                                                                                 *John C. Coughenour (signature)*

                                                                         John C. Coughenour
                                                                         UNITED STATES DISTRICT JUDGE